IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARLINDA HARRIS**                                                                 **PLAINTIFF**

v.                            Case No. 3:08-cv-190-DPM

**FLASH MARKET, INC.**                                                          **DEFENDANT**

ORDER

The parties' joint motion to dismiss this case with prejudice due to settlement, *Document No. 23*, is granted. The Court retains jurisdiction for thirty days after this order is filed so that the parties can complete the settlement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 October 2010